ANNE-MARIE DeGroat *v.* JOHN A. DeGroat

The plaintiff's motion for a review of the trial court's ruling filed November 10, 1975, in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Robert A. Teitenberg,* in support of the motion.

*Wesley W. Horton,* in opposition.

The defendant's motion to expedite the appeal from the Superior Court in Hartford County is denied.

*Wesley W. Horton,* in support of the motion.

Submitted November 19—decided December 10, 1975

MYRNA F. LaBow *v.* RONALD I. LaBow

The defendant's motion for review is granted and the order of the Superior Court terminating the stay of execution in the appeal from that court in Fairfield County is vacated. The subordinate facts in the court's limited finding do not support its conclusions therein.

*Jeroll R. Silverberg,* in support of the motion.

Submitted November 21—decided December 10, 1975

FRED B. ROSNICK *v.* ZONING COMMISSION OF THE TOWN OF SOUTHBURY

The plaintiff's petition for certification for appeal from the Court of Common Pleas in the judicial district of Waterbury is granted.

*Frederick W. Krug,* in support of the petition.

*James H. W. Conklin II,* in opposition.

Submitted December 1—decided December 10, 1975